UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo Velasquez,

    Plaintiff,

–v–

3rd Ave Locksmith & Keys Inc., *et al.*,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/21

21-cv-6282 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  Per this Court's order dated September 10, 2021, the parties were to submit a joint letter and proposed case management plan by October 6, 2021 ahead of the initial pretrial conference scheduled for October 15, 2021 at 3:00 p.m. Dkt. No. 7. The Court is not in receipt of the parties' papers. The parties are ORDERED to submit a joint letter and proposed case management plan in accordance with Dkt. No. 7 on or before October 12, 2021. The joint letter must **advise the Court if the parties can do without a conference altogether.**

  SO ORDERED.

Dated: October 8, 2021
   New York, New York

                _____
                ALISON J. NATHAN
                United States District Judge