# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2021
```

October 11, 2021

> The initial pretrial conference in this case is hereby ADJOURNED to November 19, 2021 at 3:00 PM.
> SO ORDERED.
> *[signature]*
> 10/13/2021

**VIA CM/ECF**

Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 906
New York, NY 10007

      Re:    **Velasquez v. 3rd Ave Locksmith & Keys Inc., d/b/a Simons Shoe Repair, et al.**
            **Case 1:21-cv-06282-AJN**

Dear Judge Nathan:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for October 15, 2021, at 3:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

                                      Sincerely,

                                      By: /S/ B. Bradley Weitz
                                           B. Bradley Weitz, Esq. (BW9365)
                                           THE WEITZ LAW FIRM, P.A.
                                           Attorney for Plaintiff
                                           Bank of America Building
                                           18305 Biscayne Blvd., Suite 214
                                           Aventura, Florida 33160
                                           Telephone: (305) 949-7777
                                           Facsimile: (305) 704-3877
                                           Email: bbw@weitzfirm.com