# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2021

November 11, 2021

> The initial pretrial conference is hereby ADJOURNED to February 11, 2022 at 3:00 p.m. The parties are hereby ORDERED to submit a joint letter 10 days before the conference in accordance with Dkt. No. 7. SO ORDERED.
>
> /s/ Alison J. Nathan
> 11/14/2021

**VIA CM/ECF**
Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 906
New York, NY 10007

Re: **Velasquez v. 3rd Ave Locksmith & Keys Inc., d/b/a Simons Shoe Repair,** et al.
Case 1:21-cv-06282-AJN

Dear Judge Nathan:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for November 19, 2021, at 3:00 p.m., in Your Honor's Courtroom. Unfortunately, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 8 & D.E. 9]. The undersigned counsel has undertaken additional efforts including follow-up courier correspondence with a copy of the Summons and Complaint to the subject facility location, and likewise Federal Express correspondence to the corporate address in order to facilitate contact from Defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, ==the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.==

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq. (BW9365)
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com