UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RICARDO VELASQUEZ,

                          Plaintiff,

      -against-

3RD AVENUE LOCKSMITH & KEYS INC. a New York Corporation, d/b/a SIMON'S SHOE REPAIR and 201 EAST 79TH TENANTS CORPORATION, a New York Corporation,

                          Defendants.

------------------------------------------------------------X

Case No.: 1:21-cv-6282

**NOTICE OF WITHDRAWAL OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022

      PLEASE TAKE NOTICE, that Defendant, 201 EAST 79TH TENANTS CORPORATION, a New York Corporation, by its counsel, FLEISCHNER POTASH LLP, hereby withdraws its Motion to Dismiss the Complaint (Document Nos. 21-24) previously filed in this action.

SO ORDERED.

*/s/ Alison J. Nathan*
1/19/2022

Dated: Mineola, New York
         January 19, 2022

FLEISCHNER POTASH LLP

By: *Evan A. Richman*
      EVAN A. RICHMAN (EAR-7507)
Attorneys for Defendant
201 EAST 79TH TENANTS CORPORATION
1527 Franklin Avenue – Suite 200
Mineola, New York 11501
(646) 520-4200
Our File No.: 416-23269

The Clerk of Court is respectfully directed that this notice resolves Dkt. No. 21. SO ORDERED.