```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ricardo Velasquez,

          Plaintiff,

   –v–

3rd Avenue Locksmith & Keys Inc., et al.,

          Defendants.

21-cv-6282 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to this Court's order, the parties were to submit a joint letter and proposed case management plan by February 2, 2022. Dkt. No. 14. The Court is not in receipt of the parties' submissions. The parties are ORDERED to submit a joint letter and proposed case management plan on or before February 7, 2022.

    SO ORDERED.

Dated: February 3, 2022
       New York, New York

                                                _____
                                                ALISON J. NATHAN
                                                United States District Judge