# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 4, 2022

**VIA CM/ECF**

Honorable Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square - Courtroom: 906
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2022

> The initial pretrial conference is hereby ADJOURNED to March 11, 2022 at 3:00 PM. The parties are ORDERED to submit a joint letter and proposed case management plan in accordance with Dkt. No. 7 within 10 days of the conference.
> SO ORDERED.
> /s/ Alison J. Nathan
> 2/4/2022

      Re:    Velasquez v. Svetlana Domatova, d/b/a Simons Shoe Repair, et al.
             Case 1:21-cv-06282-AJN

Dear Judge Nathan:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter is currently scheduled for February 11, 2022, at 3:00 p.m., in Your Honor's Courtroom. This matter was recently amended [D.E. 27], whereby both Defendants were replaced. Although, counsel for the previous Tenant/Defendant 3rd Ave Locksmith & Keys Inc., is current counsel for the amended named Tenant Defendant, Svetlana Domatova, the Landlord/Defendant Int Realty LLC, has not yet been served. Therefore, Defendant Int Realty LLC, has not appeared nor involved in any initial settlement discussions. ==As such, in order to afford additional time for this Defendant to formally appear and engage in productive discussions with both parties that are appeared in this matter, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.== SO ORDERED.

The undersigned has conferred with opposing counsel who consents to this motion to adjourn.

/s/ Alison J. Nathan

Thank you for your consideration of this third adjournment request.

                        Sincerely,

                        By: /S/ B. Bradley Weitz
                            B. Bradley Weitz, Esq. (BW9365)
                            THE WEITZ LAW FIRM, P.A.
                            Attorney for Plaintiff
                            Bank of America Building
                            18305 Biscayne Blvd., Suite 214
                            Aventura, Florida 33160
                            Telephone: (305) 949-7777
                            Facsimile: (305) 704-3877
                            Email: bbw@weitzfirm.com