UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICARDO VELASQUEZ                                   :
                                                    :     ORDER
                        Plaintiffs,                 :
                                                    :     21 Civ. 6282 (AJN) (GWG)
         -v.-                                       :
                                                    :
3ᴿᴰ AVE LOCKSMITH & KEYS INC. et al.,               :
                                                    :
                        Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     By separate order, the Court is referring the parties to the Court's Mediation program. In the event the case does not settle, the parties shall within 14 days of the mediation file a proposed scheduling order or, if agreement cannot be reached, separate proposed scheduling orders.

     SO ORDERED.

Dated: March 4, 2022
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge